**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Civil Action Number: 1:15-cv-11073-THARP**

ANCEL MONTENELLI,

    Plaintiff,

vs.

INDIO, INC., d/b/a EL FARO RESTAURANT
et. al.,

    Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated this 26th day of May, 2017.

*s/ Scott R. Dinin*
Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
E-mail: inbox@dininlaw.com
*Counsel for the Plaintiff*

*s/ Juan M. Soliz*
Juan M. Soliz, Esq.
LAW OFFICES OF JUAN M. SOLIZ
3203 S. Pulaski Road
Chicago, Illinois 60623
Tel: (773) 277-6155
E-mail: lawsoliz@sbcglobal.net
*Counsel for the Defendant*